UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELORA BERGQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | Case No. 4:20-cv-06551-JST<br><br>[PROPOSED] ORDER |

    Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 18, 2022.  The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice*, with each party to bear its own costs.  (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

    IT IS ORDERED that the case is hereby **CLOSED.**

    SIGNED this 25th day of February, 2022.

_____
United States District Judge